IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SAMUEL KING,<br><br>        Petitioner,<br><br>v.<br><br>ALFRED C. BIGELOW,<br><br>        Respondent. | **MEMORANDUM DECISION<br>AND ORDER DENYING<br>MOTION FOR RECONSIDERATION**<br><br>Case No. 2:13-CV-985-DN<br><br>District Judge David Nuffer |

On March 21, 2017, a thorough order spanning thirty pages denied Petitioner's habeas petition on the basis of procedural default and on merits review. Petitioner now moves for reconsideration.

IT IS ORDERED, after careful review of the motion's rationale, that Petitioner's motion for reconsideration is DENIED. (*See* Docket Entry # 32.) This case remains CLOSED.

DATED this 17th day of May, 2017.

BY THE COURT:

CHIEF JUDGE DAVID NUFFER
United States District Court